*Jacob W. Friedman* for appellant.

*Louis Susman* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, .CON-WAY, DESMOND and THACHER, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD ROSENTHAL, Appellant.

Argued January 20, 1944; decided March 2, 1944.

*I. Maurice Wormser, Leonard Bronner, Jr.,* and *Roland Segal* for appellant.

*Leo J. Hagerty, District Attorney* (*Maurice Frey* and *Alfred R. Pacini* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.